

United States Magistrate Court
Southern District of Texas
FILED
DEC 2 1 2005
AAF
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
DEC 2 3 2005  DF
Michael N. Milby, Clerk
Laredo Division

| | |
|---|---|
| **Date:** | **December 20, 2005** |
| **From:** | **Nancy Lopez**<br>**U.S. Pretrial Services Officer** |
| **To:** | **Adriana Arce-Flores**<br>**U.S. Magistrate Judge** |
| **Subject:** | **Material Witness-Navidad Coria-Guzman**<br>**Case L-05-2969 M-98** |
| **Case:** | **Samuel Medrano-Gonzalez and David Lopez-Hinojosa**<br>**Case L-05-2969 M-01 and 02** |

*L-05-cr2710*

Navidad Coria-Guzman has been held as a material witness in the case of Samuel Medrano-Gonzalez and David Lopez-Hinojosa since December 6, 2005.

Pretrial Services was contacted by Joaquin Coria, who advised he is the material witnesses brother. Mr. Coria is a naturalized United States citizen and he informed he is willing to co-sign on the material witness bond.

Pretrial Services recommends the following to assure the proper supervision of this material witness:

1. $5,000 unsecured bond, requiring a co-surety / custodian

Joaquin Coria


C:\Documents and Settings\usdc\Local Settings\Temp\notesE1EF34\MW Memo Coria-Guzman, N.wpd
Last updated: December 20, 2005

1. Immediate placement of the material witness in a halfway house in Laredo, Texas, upon his release.

2. Once documentation is secured with Immigration and Naturalization Services, the material witness is to reside with Joaquin Coria and obtain employment until the case of the principal has been disposed.

The Court (**concurs**)/ **does not concur** with the recommendation.

_____
Adriana Arce-Flores
U.S. Magistrate Judge

12-21-05
Date

nl
SUSPSO:

C:\Documents and Settings\usdc\Local Settings\Temp\notesE1EF34\MW Memo Coria-Guzman, N.wpd
Last updated: December 20, 2005